**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| HUGO ALBERTO MUNIZ-MORALES, | § | |
| *Petitioner* | § | |
| | § | |
| v. | § | Case No.  SA-26-CA-00610-XR |
| | § | |
| WARDEN   BOBBY   THOMPSON, | § | |
| MIGUEL   VERGARA,   ACTING DIR. OF | § | |
| ICE   TODD   LYONS,   SECRETARY | § | |
| KRISTI NOEM, PAM BONDI, | § | |
| *Respondents* | § | |

**ORDER**

On this date, the Court considered the status of this case.  In their Response filed on March 9, 2026, Federal Respondents indicated that Petitioner's post-removal-order detention would be reviewed 180 days after it began, to determine whether it should continue.  ECF No. 8 at 6.  The Response also said that a request to remove Petitioner to Colombia was pending.  ECF No. 8 at 4.  It has now been over 180 days since Petitioner's post-removal-order detention began. *See* ECF No. 1 at 1 (Petitioner was granted withholding of removal on November 3, 2025.); *see also* ECF No. 8 at 1–2 (Petitioner had been in post-order detention for 90 days as of February 2, 2026.).  Respondents are therefore **ORDERED** to, **on or before May 15, 2026,** file an advisory indicating (1) whether there has been a review of Petitioner's custody and, if so, the result of that review and (2) the status of their efforts to remove Petitioner.

It is so **ORDERED**.

**SIGNED** this 8th day of May, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE